UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CLYDE JAMES GILLESPIE, JR.

v.  CA 09-580 ML

NANCY BAILEY, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on a Report and Recommendation issued by Magistrate Judge Hagopian on December 8, 2009. The Magistrate Judge recommends dismissal of this action pursuant to 28 U.S.C. § 1915 (e)(2). Plaintiff has not filed any response to the Report and Recommendation. This Court, therefore, adopts the Report and Recommendation in its entirety. The action is DISMISSED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
December 29, 2009